UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

            Plaintiff,

v.                                                               Case No:   2:16-cv-292-FtM-38MRM

ALBERT J. WAGNER

            Defendant.

_____/

## **ORDER**[1]

      This matter comes before the Court on the Honorable Mac R. McCoy's Amended

Report and Recommendation (Doc. #13) filed on August 3, 2016. Magistrate Judge

McCoy recommends (1) that Plaintiff's Motion for Default Judgment against Albert J.

Wagner (Doc. #10) be granted; (2) that Default judgment be entered in favor of the

Government for Defendant's unpaid federal income tax liabilities from the years 2001

through 2003, 2005, 2006, 2009, and 2013 in the amount of $131,955.71 as of June 16,

2016, plus any further interest and statutory additions on the assessments as allowed by

law, to the date of payment; (3) that Default judgment be entered in favor of the

Government for Defendant's unpaid civil penalties from the years 2001 through 2003 in

the amount of $119,415.54 as of June 16, 2016, plus any further interest and statutory

additions on the assessments as allowed by law, to the date of payment; and (4) that

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Plaintiff's Request for Clarification (Doc. #12) be denied as moot. Neither party has filed an objection to the Amended Report and Recommendation and the time to do so has expired.  Thus, the Amended Report and Recommendation is ripe for review.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation.  *See* 28 U.S.C. § 636(b)(1); *see also Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982).   In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations, 28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  *See Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After independently examining the file and upon carefully considering Magistrate Judge McCoy's findings and recommendations, the Court accepts the Amended Report and Recommendation (Doc. #13).

Accordingly, it is now

**ORDERED:**

(1) The Amended Report and Recommendation (Doc. #13) is **ACCEPTED and ADOPTED** and the findings incorporated herein.

(2) Plaintiff's Motion for Default Judgment against Albert J. Wagner (Doc. #10) is **GRANTED**.

(3) The Clerk is directed to enter Default judgment against Defendant Albert J. Wagner in favor of the Government for his unpaid federal income tax liabilities

from the years 2001 through 2003, 2005, 2006, 2009, and 2013 in the amount of $131,955.71 as of June 16, 2016, plus any further interest and statutory additions on the assessments as allowed by law, to the date of payment.

(4) The Clerk is directed to enter Default judgment against Defendant Albert J. Wagner in favor of the Government for his unpaid civil penalties from the years 2001 through 2003 in the amount of $119,415.54 as of June 16, 2016, plus any further interest and statutory additions on the assessments as allowed by law, to the date of payment.

(5) Plaintiff's Request for Clarification (Doc. #12) is **DENIED AS MOOT**.

**DONE** and **ORDERED** in Fort Myers, Florida this 23rd day of August, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record